UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:

**BARABARA SUE THOMAS,**

Debtor.
------------------------------------------------------------x

**Hearing Date:** **7/26/17**
**Hearing Time:** **9:15 a.m.**
**Hearing Location: Albany**
Chapter 7
Case No. 17-11065

## AFFIRMATION

State of New York)
County of Greene ) ss:

The undersigned, an attorney duly admitted to practice law before this Court affirms under the penalties of perjury:

1. I am the attorney Barbara Sue Thomas, debtor above named.

2. I make this Affirmation in support of the annexed Motion for an Order vacating certain Judgements against the Debtor, which impair the Homestead Exemption to which the Debtor is entitled.

3. The Debtor is a co-owner together with Darren M. Bush of premises located at 578 Red Mills Road, Freehold, NY 12431. A copy of the deed is annexed hereto as Exhibit A.

4. That the Debtor's premises are encumbered by a mortgage formerly serviced by Federal National Mortgage Association (FANNIE MAE) and now served by Shellpoint with a principle balance, as of June 13, 2017, $185,610.00. A copy of the Mortgage is annexed hereto as Exhibit B. That a copy of the payoff statement is annexed hereto as Exhibit C.

5. Annexed hereto as Exhibit D, is a Zillow report from April 11, 2017 showing the current value of the Debtor's residence is $130,717.00.

6. That the following is a list of Judgements that have been filed in the Greene County Clerk's Office against the Debtor, Barbara Sue Thomas and impair the Homestead Exemption to which the Debtor is entitled.

1. LVNV Funding LLC vs Barbara Thomas Index#13-1278 filed in the Greene County Clerk's Office on February 26, 2014 in the amount of $5,769.82.

2. Midland Funding, LLC dba in New York as Midland Funding of Delaware LLC A/P/O GE Money Bank vs Barbara Thomas - Index# 335/10 filed in the Greene County Clerk's Office on May 28, 2010 in the amount of $1,613.48.

3. Midland Funding, LLC dba in New York as Midland Funding of Delaware LLC vs Barbara Thomas - Index#10-0731 filed in the Greene County Clerk's Office on August 20, 2010 in the amount of $2,051.58.

4. Capital One Bank (USA), N.A. vs Barbara Thomas - Index#0088/10 filed in the Greene County Clerk's Office on May 3, 2010 in the amount of $1,869.67.

5. Midland Funding, LLC dba in New York as Midland Funding of Delaware LLC vs Barbara Thomas - Index#10-0631 filed in the Greene County Clerk's Office on July 26, 2010 in the amount of $2,030.17.

6. Capital One Bank (USA), N.A. vs Barbara Thomas - Index#10-0076 filed in the Greene County Clerk's Office on July 7, 2010 in the amount of $2,117.84.

7. Midland Funding, LLC A/P/O Citifinancial vs Barbara Thomas - Index# 12-00347 filed in the Greene County Clerk's Office on June 18, 2012 in the amount of $4,201.94.

8. Midland Funding, LLC v Barbara Thomas - Index#12-0362 filed in the Greene County Clerk's Office on July 27, 2012 in the amount of $2,138.60.

Copies of these Judgements are annexed hereto as Exhibit E.

**WHEREFORE,** I respectfully request that this Court grant an Order declaring that these Judgements impair the Homestead Exemption to which the Debtor is entitled

Dated: June 2̲7̲, 2017

_____
RALPH C. LEWIS, JR.
Attorney for Debtor